SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
CAROLYN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CAROLYN MARTIN | CASE NO. C10-05195 JSW |
|---|---|
| Plaintiff, | Civil Rights |
| V. | **STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |
| KOHL'S DEPARTMENT STORES, INC; HARSCH INVESTMENT REALTY LLC, SERIES C; and DOES 1-25, Inclusive, | |
| Defendants. | Federal Rule Of Civil Procedure 15(a)(2) |

## STIPULATION

Pursuant to Federal Rule Of Civil Procedure 15(a)(2), Plaintiff Carolyn Martin and Defendants Kohl's Department Stores, Inc. and Harsch Investment Realty,LLC, Series C , by and through their counsel, consent and stipulate to Plaintiff filing a First Amended Complaint to add Jamestown Harsch Alameda Towne Centre, LP, A Delaware Limited Partnership, as a party defendant.

The parties further stipulate that Jamestown Harsch Alameda Towne Centre, LP, A Delaware Limited Partnership, purchased the property which is the subject of this action subsequent to the filing of plaintiff's Complaint, presently is the owner of the subject property, and is a proper party defendant in the action.

The parties further stipulate that this Stipulation may be signed in counter parts and that facsimile or electronically transmitted signatures shall be as valid and binding as original signatures.

Date: 1/28/11              SIDNEY J. COHEN
                           PROFESSIONAL CORPORATION
                           /s/ Sidney J. Cohen

_____ Sidney J. Cohen
                           Attorney for Plaintiff Carolyn Martin

Date: 1/31/11              FARELLA BRAUN + MARTEL LLP
                           /s/ Adam C. Dawson

                           Adam C. Dawson
                           Attorney for Defendant Harsch
                           Investment Realty LLC

Date: 1/28/11              PAYNE & FEARS LLP
                           /s/ Leila Narvid

                           Leila Narvid
                           Attorney for Defenant Kohl's
                           Department Stores, Inc.

**ORDER**

Pursuant to the foregoing Stipulation, **IT IS SO ORDERED.**

Date: February 1, 2011     _____
                           Jeffrey S. White
                           United States District Judge

Stipulation and [Proposed] Order to Permit
Plaintiff To File a First Amended Complaint        -1-