UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CAROLYN MARTIN, | No. C 10-5195 JSW |
| Plaintiff, | **ORDER RE: ATTENDANCE AT MEDIATION** |
| v. KOHL'S DEPARTMENT STORES, INC., et al., | Date: July 9, 2012 Mediator: Daniel Bowling |
| Defendants. | |

IT IS HEREBY ORDERED that the request to excuse defendant Harsch Investment Realty LLC, Series C's and Jamestown Harsch Alameda Town Centre, LP's client representatives from personal attendance at the July 9, 2012, mediation session before Daniel Bowling is GRANTED. The client representatives shall be available at all times to participate telephonically in the mediation unless or until excused by the mediator.

IT IS SO ORDERED.

June 18, 2012    By: _____
Dated                   Donna Ryu
                        United States Magistrate Judge

GRANTED
Judge Donna Ryu