SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
CAROLYN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CAROLYN MARTIN | CASE NO. C10-05195 JSW |
|---|---|
| Plaintiff, | <u>Civil Rights</u> |
| V. | |
| KOHL'S DEPARTMENT STORES, INC; HARSCH INVESTMENT REALTY LLC, SERIES C; JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP, a Delaware Limited Partnership, and DOES 1-25, Inclusive, | **STIPULATION AND ORDER FOR DISMISSAL OF THE INJUNCTIVE RELIEF ASPECT OF THE LAWSUIT AGAINST DEFENDANTS HARSCH INVESTMENT REALTY LLC, SERIES C, AND JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP** |
| Defendants. / | FRCP section 41 |

Stiplation And Order For Dismissal of Injunctive Relief Only

1 | Plaintiff CAROLYN MARTIN and Defendants HARSCH
2 | INVESTMENT REALTY LLC, Series C, a Delaware limited liability company
3 | and JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP, whose name
4 | has been changed to, and is now known as, JAMESTOWN SOUTH SHORE
5 | CENTER, LP, by and through their attorneys of record, enter into this
6 | "STIPULATION AND ORDER FOR DISMISSAL OF THE INJUNCTIVE
7 | RELIEF ASPECT OF THE LAWSUIT AGAINST DEFENDANTS HARSCH
8 | INVESTMENT REALTY LLC, SERIES C, AND JAMESTOWN HARSCH
9 | ALAMEDA TOWNE CENTRE, LP" pursuant to Federal Rule of Civil
10 | Procedure section 41.
11 | Plaintiff filed this lawsuit on November 16, 2010.
12 | Plaintiff and Defendants hereto have entered into a "Mutual Release And
13 | Settlement Agreement For Injunctive Relief" which settles the injunctive relief
14 | aspect of the lawsuit against Defendants HARSCH INVESTMENT REALTY
15 | LLC, SERIES C, AND JAMESTOWN HARSCH ALAMEDA TOWNE
16 | CENTRE, LP, whose name has been changed to, and is now known as,
17 | JAMESTOWN SOUTH SHORE CENTER, LP . A copy of the "Mutual Release
18 | And Settlement Agreement For Injunctive Relief " is incorporated by reference
19 | herein as if set forth in full. The Mutual Release And Settlement Agreement For
20 | Injunctive Relief" as to Defendants HARSCH INVESTMENT REALTY LLC,
21 | SERIES C, AND JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP
22 | states in part that "The court shall retain jurisdiction to enforce this Settlement
23 | Agreement...". Plaintiff and Defendants hereto stipulate to the court retaining
24 | jurisdiction to enforce the "Mutual Release And Settlement Agreement For
25 | Injunctive Relief" as to Defendants hereto.
26 | Plaintiff moves to dismiss with prejudice the injunctive relief aspect of
27 | the lawsuit againstt against Defendants HARSCH INVESTMENT REALTY
28 | LLC, SERIES C AND JAMESTOWN HARSCH ALAMEDA TOWNE

CENTRE, LP, whose name has been changed to, and is now known as, JAMESTOWN SOUTH SHORE CENTER, LP .

Defendants hereto, who have answered the complaint, agree to the dismissal with prejudice of the injunctive relief aspect of the lawsuit as to them only.

Plaintiff's claim for injunctive relief, damages, and attorney's fees, litigation expenses, and costs against Defendant Kohl's Department Stores, Inc , and Plaintiff's claim for damages and attorney's fees, litigation expenses, and costs against Defendants HARSCH INVESTMENT REALTY LLC, SERIES C AND JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP, whose name has been changed to, and is now known as, JAMESTOWN SOUTH SHORE CENTER, LP have not been resolved, presently are in the negotiation and mediation phase, and will be litigated if they are not resolved by negotiation or mediation.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and facsimile or electronically transmitted signatures shall be as valid and as binding as original signatures.

Wherefore, Plaintiff CAROLYN MARTIN and Defendants HARSCH INVESTMENT REALTY LLC, SERIES C AND JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP, whose name has been changed to, and is now known as, JAMESTOWN SOUTH SHORE CENTER, LP, by and through their attorneys of record, so stipulate.

Date: 7/5/12

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen

Sidney J. Cohen
Attorney for Plaintiff
Carolyn Martin

Stiplation And Order For Dismissal of Injunctive Relief Only -2-

| | |
|---|---|
| Date: 6/29/12 | FARELLA BRAUN + MARTEL LLP |
| | /s/ Adam C Dawson |
| | Adam C. Dawson<br>Attorney for Defendants<br>Harsch Investment Realty LLC, Series C, a Delaware limited liability company, Jamestown Harsch Alameda Towne Centre, LP And Jamestown South Shore Center, LP |

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The injunctive relief aspect of the lawsuit as against Defendants HARSCH INVESTMENT REALTY LLC, SERIES C AND JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP, whose name has been changed to, and is now known as, JAMESTOWN SOUTH SHORE CENTER, LP only is dismissed with prejudice. The Court shall retain jurisdiction to enforce the "Mutual Release And Settlement Agreement For Injunctive Relief "between Plaintiff and Defendants HARSCH INVESTMENT REALTY LLC, SERIES C AND JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP, whose name has been changed to, and is now known as, JAMESTOWN SOUTH SHORE CENTER, LP

Date: July 6, 2012

Jeffrey S. White
United States District

Stiplation And Order For Dismissal of Injunctive Relief Only -3-