SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
CAROLYN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN,<br><br>    Plaintiff,<br><br>V.<br><br>KOHL'S DEPARTMENT STORES, INC; HARSCH INVESTMENT REALTY LLC, SERIES C; JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP, a Delaware Limited Partnership, and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____ / | CASE NO. C10-05195 JSW<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THE DAMAGES AND ATTORNEY'S FEES, LITIGATION EXPENSES, AND COSTS ASPECTS OF THE LAWSUIT AGAINST DEFENDANTS HARSCH INVESTMENT REALTY LLC, SERIES C, AND JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP**<br><br>FRCP section 41 |

1    Plaintiff CAROLYN MARTIN and Defendants HARSCH
2 INVESTMENT REALTY LLC, Series C, a Delaware limited liability company
3 and JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP, whose name
4 has been changed to, and is now known as, JAMESTOWN SOUTH SHORE
5 CENTER, LP, by and through their attorneys of record, enter into this
6 "STIPULATION AND ORDER FOR DISMISSAL OF THE DAMAGES AND
7 ATTORNEY'S FEES, LITIGATION EXPENSES, AND COSTS ASPECTS OF
8 THE LAWSUIT AGAINST DEFENDANTS HARSCH INVESTMENT
9 REALTY LLC, SERIES C, AND JAMESTOWN HARSCH ALAMEDA
10 TOWNE CENTRE, LP" pursuant to Federal Rule of Civil Procedure section 41.
11    Plaintiff filed this lawsuit on November 16, 2010.
12    Plaintiff and Defendants hereto have entered into a "Mutual Release And
13 Settlement Agreement For Damages And Attorney's Fees, Litigation Expenses,
14 And Costs" which settles the damages and attorney's fees, litigation expenses,
15 and costs aspects of the lawsuit against Defendants HARSCH INVESTMENT
16 REALTY LLC, SERIES C, AND JAMESTOWN HARSCH ALAMEDA
17 TOWNE CENTRE, LP, whose name has been changed to, and is now known as,
18 JAMESTOWN SOUTH SHORE CENTER, LP. A copy of the "Mutual Release
19 And Settlement Agreement For Damages And Attorney's Fees, Litigation
20 Expenses, And Costs" is incorporated by reference herein as if set forth in full.
21 The Mutual Release And Settlement Agreement For Damages And Attorney's
22 Fees, Litigation Expenses, And Costs" as to Defendants HARSCH
23 INVESTMENT REALTY LLC, SERIES C, AND JAMESTOWN HARSCH
24 ALAMEDA TOWNE CENTRE, LP states in part that "The court shall retain
25 jurisdiction to enforce this Settlement Agreement...". Plaintiff and Defendants
26 hereto stipulate to the court retaining jurisdiction to enforce the "Mutual Release
27 And Settlement Agreement For Damages And Attorney's Fees, Litigation
28

1 Expenses, And Costs" as to Defendants hereto.

2     Plaintiff moves to dismiss with prejudice the damages and attorney's fees,
3 litigation expenses, and costs aspects of the lawsuit against Defendants
4 HARSCH INVESTMENT REALTY LLC, SERIES C AND JAMESTOWN
5 HARSCH ALAMEDA TOWNE CENTRE, LP, whose name has been changed
6 to, and is now known as, JAMESTOWN SOUTH SHORE CENTER, LP .

7     Defendants hereto, who have answered the complaint, agree to the
8 dismissal with prejudice of the damages and attorney's fees, litigation expenses,
9 and costs aspects of the lawsuit as to them only.

10     Plaintiff's claim for damages, and attorney's fees, litigation expenses, and
11 costs against Defendant Kohl's Department Stores, Inc has not been resolved,
12 presently is in the negotiation and mediation phase, and will be litigated if not
13 resolved by negotiation or mediation.

14     This case is not a class action, and no receiver has been appointed.

15     This Stipulation and Order may be signed in counterparts, and facsimile or
16 electronically transmitted signatures shall be as valid and as binding as original
17 signatures.

18     Wherefore, Plaintiff CAROLYN MARTIN and Defendants HARSCH
19 INVESTMENT REALTY LLC, SERIES C AND JAMESTOWN HARSCH
20 ALAMEDA TOWNE CENTRE, LP, whose name has been changed to, and is
21 now known as, JAMESTOWN SOUTH SHORE CENTER, LP, by and through
22 their attorneys of record, so stipulate.

23 Date: 8/23/12                           SIDNEY J. COHEN
                                        PROFESSIONAL CORPORATION
24
25                                    /s/ Sidney J. Cohen

26                                    Sidney J. Cohen
                                   Attorney for Plaintiff
                                   Carolyn Martin
27 //

28

| | |
|---|---|
| Date: 8/23/12 | FARELLA BRAUN + MARTEL LLP<br><br>/s/ Adam C. Dawson<br><br>_____<br>Adam C. Dawson<br>Attorney for Defendants<br>Harsch Investment Realty LLC, Series C, a Delaware limited liability company, Jamestown Harsch Alameda Towne Centre, LP And Jamestown South Shore Center, LP |

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit as against Defendants HARSCH INVESTMENT REALTY LLC, SERIES C AND JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP, whose name has been changed to, and is now known as, JAMESTOWN SOUTH SHORE CENTER, LP only is dismissed with prejudice. The Court shall retain jurisdiction to enforce the "Mutual Release And Settlement Agreement For Damages and Attorney's Fees, Litigation Expenses, And Costs " between Plaintiff and Defendants HARSCH INVESTMENT REALTY LLC, SERIES C AND JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP, whose name has been changed to, and is now known as, JAMESTOWN SOUTH SHORE CENTER, LP

Date: August 24, 2012

_____
Jeffrey S. White
United States District Judge