1  SIDNEY J. COHEN, State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, California 94610
3  Telephone: (510) 893-6682

4
   Attorneys for Plaintiff
5  CAROLYN MARTIN

6              **UNITED STATES DISTRICT COURT**

7              **NORTHERN DISTRICT OF CALIFORNIA**

8                  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAROLYN MARTIN,<br><br>            Plaintiff,<br><br>      v.<br><br>KOHL'S DEPARTMENT STORES, INC.; HARSCH INVESTMENT REALTY LLC, SERIES C; JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP, a Delaware Limited Partnership; and DOES 1-25, inclusive,<br><br>            Defendants. | Case No. 3:10-cv-05195-JSW MED<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THE INJUNCTIVE RELIEF ASPECT OF THE LAWSUIT AGAINST DEFENDANT KOHL'S DEPARTMENT STORES, INC.**<br><br>FRCP section 41 |
| HARSCH INVESTMENT REALTY LLC, SERIES C; JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP, a Delaware Limited Partnership,<br><br>            Cross-Complainants,<br><br>      v.<br><br>KOHL'S DEPARTMENT STORES, INC.; and DOES 1-25, inclusive,<br><br>            Cross-Defendant. | |

Plaintiff CAROLYN MARTIN and Defendant KOHL'S DEPARTMENT STORES, INC., by and through their attorneys of record, enter into this "STIPULATION AND ORDER FOR DISMISSAL OF THE INJUNCTIVE RELIEF ASPECT OF THE LAWSUIT AGAINST DEFENDANT KOHL'S

DEPARTMENT STORES, INC." pursuant to Federal Rule of Civil Procedure section 41.

Plaintiff filed this lawsuit on November 16, 2010 and amended the complaint on February 2, 2011.

Plaintiff and Defendant hereto have resolved the claims for injunctive relief by plaintiff in the lawsuit against Defendant KOHL'S DEPARTMENT STORES, INC. by entering into a "Mutual Release And Settlement Agreement for Injunctive Relief." The Settlement Agreement states in part that "The court shall retain jurisdiction to enforce this Settlement Agreement…" Accordingly, Plaintiff and Defendant hereto stipulate to the court retaining jurisdiction to enforce the Settlement Agreement For Injunctive Relief as to Defendant KOHL'S DEPARTMENT STORES, INC.

Plaintiff moves to dismiss with prejudice the injunctive relief aspect of the lawsuit against Defendant KOHL'S DEPARTMENT STORES, INC.

Defendant KOHL'S DEPARTMENT STORES, INC., who has answered the complaint, agrees to the dismissal with prejudice of the injunctive relief aspect of the lawsuit as to it.

Plaintiff's claim for damages, and attorney's fees, litigation expenses, and costs against Defendant KOHL'S DEPARTMENT STORES, INC., and Plaintiff's claim for damages and attorney's fees, litigation expenses, and costs against Defendants HARSCH INVESTMENT REALTY LLC, SERIES C AND JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP, whose name has been changed to, and is now known as, JAMESTOWN SOUTH SHORE CENTER, LP have not been resolved, presently are in the negotiation and mediation phase, and will be litigated if they are not resolved by negotiation or mediation.  Defendants reserve all defenses to such remaining claims.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and facsimile or

electronically transmitted signatures shall be as valid and as binding as original signatures.

Wherefore, Plaintiff CAROLYN MARTIN and Defendant KOHL'S DEPARTMENT STORES, INC, by and through their attorneys of record, so stipulate.

DATED:  August 23, 2012            SIDNEY J. COHEN
                                   PROFESSIONAL CORPORATION


                                   /s/ Sidney J. Cohen
                                   Sidney J. Cohen
                                   Attorney for Plaintiff
                                   Carolyn Martin

DATED:  August 23, 2012            K&L Gates LLP


                                   /s/ Timothy L. Pierce
                                   Timothy L. Pierce
                                   Attorneys for Defendant
                                   Kohl's Department Stores, Inc.


PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The injunctive relief aspect of the lawsuit as against Defendant KOHL'S DEPARTMENT STORES, INC. is dismissed with prejudice. The Court shall retain jurisdiction to enforce the 'Mutual Release And Settlement Agreement For Injunctive Relief "between Plaintiff and Defendant KOHL'S DEPARTMENT STORES, INC.

DATED:  August 24, 2012


                                   /s/ Jeffrey S. White
                                   Jeffrey S. White
                                   United States District Judge