Adam C. Dawson (State Bar No. 136551)
    adawson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants and Cross-Complainants
HARSCH INVESTMENT REALTY LLC,
SERIES C; and JAMESTOWN HARSCH
ALAMEDA TOWNE CENTRE, LP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN, | Case No. C-10-05195 JSW |
| Plaintiff, | **STIUPLATED REQUEST FOR DISMISSAL WITH PREJUDICE OF CROSS-COMPLAINT FILED BY DEFENDANTS HARSCH INVESTMENT REALTY LLC, SERIES C AND JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP;** |
| vs. | |
| KOHL'S DEPARTMENT STORES, INC.; HARSCH INVESTMENT REALTY LLC, SERIES C; JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP, a Delaware Limited Partnership; and DOES 1-25, inclusive, | **[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| Defendants. | Complaint Filed: November 16, 2010 |
| AND RELATED CROSS-ACTION. | |

Defendant and Cross-Defendant Kohl's Department Stores, Inc. ("Kohl's"), and Defendants and Cross-Complainants Harsch Investment Realty LLC, Series C ("Harsch"), and Jamestown Harsch Alameda Towne Centre, LP ("Jamestown") (collectively "Defendants"), stipulate and agree through their respective counsel, and hereby request the Court to dismiss the cross-action filed by Harsch and Jamestown against Kohl's with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own costs, attorneys' fees, and other expenses arising from or relating to the cross-complaint.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

**STIPULATED REQUEST FOR DISMISSAL
WITH PREJUDICE -- C-10-05195 JSW**

26282\3357322.1

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: October 30, 2012                    FARELLA BRAUN + MARTEL LLP

I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document.

By: /s/ Adam C. Dawson
    Adam C. Dawson

    Attorneys for Defendants and Cross-Complainants
    HARSCH INVESTMENT REALTY LLC, SERIES C, and JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP

Dated: October 30, 2012                    K&L GATES LLP

By: /s/ Timothy L. Pierce
    Timothy L. Pierce

    Attorneys for Defendants and Cross-Defendants
    KOHL'S DEPARTMENT STORES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 31, 2012

_____
The Honorable Jeffrey S. White
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST FOR DISMISSAL
WITH PREJUDICE -- C-10-05195 JSW

- 2 -

26282\3357322.1