SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Fax: (510) 893-9450

Attorneys for Plaintiff
CAROLYN MARTIN

TIMOTHY L. PIERCE   State Bar No. 141170
K & L GATES, LLP
10100 Santa Monica Blvd.
7th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Fax: (310) 558-552-5001

Attorneys for Defendant
KOHL' DEPARTMENT STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CAROLYN MARTIN | CASE NO. C10-05195 |
|---|---|
| Plaintiff, | <u>Civil Rights</u> |
| V. | |
| KOHL'S DEPARTMENT STORES, INC; HARSCH INVESTMENT REALTY LLC, SERIES C; JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP, a Delaware Limited Partnership, and DOES 1-25, Inclusive, | **JOINT STIPULATION AND [PROPOSED ] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

JointStipulation And [Proposed] Order To
Continue Case Management Statement

1     Plaintiff CAROLYN MARTIN, by and through her attorney, and defendant
2 KOHL'S DEPARTMENT STORES, INC, by and through its attorney, file this
3 "STIPULATION AND [PROPOSED ] ORDER TO CONTINUE CASE
4 MANAGEMENT CONFERENCE**,**" presently scheduled for April 12, 2013, to
5 April 26, 2013 because Plaintiff's counsel, Sidney J. Cohen, a solo practitioner, will
6 be out of Northern California and unavailable on April 12, 2013.

7     The parties further stipulate and submit the following in support of this
8 request to continue the case management conference from April 12, 2013 to April
9 26, 2013.

10     1. By Order dated October 30, 2012, the Court set February 8, 2013 as the
11 date for the parties' Case Management Conference. (Docket # 36)

12     2. On February 1, 2013, the parties e filed their Joint Case Management
13 Statement. (Docket # 40)

14     3. By Clerk's Notice dated February 6, 2013, the Court rescheduled
15 the Case Management Conference to April 12, 2013. (Docket # 41)

16     3. Because Plaintiff's counsel, a solo practitioner, will be out of Northern
17 California and unavailable on April 12, 2013, the parties request this short, two
18 week continuance to April 26, 2013 for the case management conference.

19     4, If the Court is unable to reschedule the case management conference to
20 April 26, 2013, then the parties request that the Court reschedule the conference to
21 May 17, 2013. In this regard, plaintiff's counsel will be out of Northen California
22 and unavailable on May 3, 2013 and defendant's counsel has a likely conflict in his
23 schedule on May 10, 2012.

24     IT IS SO STIPULATED:

25 Date: 2/8/13                         SIDNEY J. COHEN
                                     PROFESSIONAL CORPORATION
26                                  /s/ Sidney J. Cohen

27                                  Sidney J. Cohen
                                     Attorney for Plaintiff Carolyn Martin
28

JointStipulation And [Proposed] Order To
Continue Case Management Statement          -1-

| | |
|---|---|
| Date: Feb 7, 2013 | K & L GATES, LLP<br>/s/ Timothy L. Pierce<br><br>Timothy L. Pierce<br>Attorneys for Defendant Kohl's Department Stores, Inc. |

### ORDER

Having considered and approved the aforesaid Stipulation, the case management conference is continued from April 12, 2013 to April 26, 2013. A supplemental joint case management statement shall be due on or before April 19, 2013.

**IT IS SO ORDERED.**

Date: February 8, 2013

Jeffrey S. White
United States District Judge