SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Fax: (510) 893-9450

Attorneys for Plaintiff
CAROLYN MARTIN

TIMOTHY L. PIERCE    State Bar No. 141170
K & L GATES, LLP
10100 Santa Monica Blvd.
7th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Fax:       (310) 558-552-5001

Attorneys for Defendant
KOHL' DEPARTMENT STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CAROLYN MARTIN, | CASE NO. C10-05195 |
|---|---|
| Plaintiff, | <u>Civil Rights</u> |
| V. | |
| KOHL'S DEPARTMENT STORES, INC; HARSCH INVESTMENT REALTY LLC, SERIES C; JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP, a Delaware Limited Partnership, and DOES 1-25, Inclusive, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

Plaintiff CAROLYN MARTIN, by and through her attorney, and defendant KOHL'S DEPARTMENT STORES, INC, by and through its attorney, file this "STIPULATION AND [PROPOSED ] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE," presently scheduled for April 12, 2013, to April 26, 2013 because Plaintiff's counsel, Sidney J. Cohen, a solo practitioner, will be out of Northern California and unavailable on April 12, 2013.

The parties further stipulate and submit the following in support of this request to continue the case management conference from April 12, 2013 to April 26, 2013.

1. By Order dated October 30, 2012, the Court set February 8, 2013 as the date for the parties' Case Management Conference. (Docket # 36)

2. On February 1, 2013, the parties e filed their Joint Case Management Statement. (Docket # 40)

3. By Clerk's Notice dated February 6, 2013, the Court rescheduled the Case Management Conference to April 12, 2013. (Docket # 41)

3. Because Plaintiff's counsel, a solo practitioner, will be out of Northern California and unavailable on April 12, 2013, the parties request this short, two week continuance to April 26, 2013 for the case management conference.

4, If the Court is unable to reschedule the case management conference to April 26, 2013, then the parties request that the Court reschedule the conference to May 17, 2013. In this regard, plaintiff's counsel will be out of Northen California and unavailable on May 3, 2013 and defendant's counsel has a likely conflict in his schedule on May 10, 2012.

IT IS SO STIPULATED:

Date: 2/8/13                    SIDNEY J. COHEN
                                PROFESSIONAL CORPORATION
                                /s/ Sidney J. Cohen

                                Sidney J. Cohen
                                Attorney for Plaintiff Carolyn Martin

JointStipulation And [Proposed] Order To
Continue Case Management Statement            -1-

| | |
|---|---|
| Date: Feb 7, 2013 | K & L GATES, LLP<br>/s/ Timothy L. Pierce |
| | Timothy L. Pierce<br>Attorneys for Defendant Kohl's Department Stores, Inc. |

## ORDER

Having considered and approved the aforesaid Stipulation, the case management conference is continued from April 12, 2013 to April 26, 2013. A supplemental joint case management statement shall be due on or before April 19, 2013.

**IT IS SO ORDERED.**

Date: February 8, 2013

Jeffrey S. White
United States District Judge

JointStipulation And [~~Proposed~~] Order To Continue Case Management Statement          -2-