| | |
|---|---|
| 1 | **K&L GATES** LLP |
| 2 | 10100 Santa Monica Boulevard |
|   | Seventh Floor |
| 3 | Los Angeles, California 90067 |
|   | Telephone: 310.552.5000 |
| 4 | Facsimile: 310.552.5001 |
| 5 | Timothy L. Pierce (SBN 141170) |
|   | timothy.pierce@klgates.com |
| 6 | |
| 7 | Attorney for Defendant Kohl's Department Stores, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN, | Case No. C10-05195 JSW |
|   | Civil Rights |
| Plaintiff, | |
|   | **STIPULATION AND PROPOSED** |
| vs. | **ORDER TO CONTINUE CASE** |
|   | **MANAGEMENT CONFERENCE** |
| KOHL'S DEPARTMENT STORES, INC; | **PENDING SETTLEMENT** |
| HARSCH INVESTMENT REALTY LLC, | |
| SERIES C; JAMESTOWN HARSCH | [Assigned to Honorable Jeffrey S. White] |
| ALAMEDA TOWNE CENTRE, LP, a | |
| Delaware Limited Partnership, and DOES | |
| 1-25, inclusive, | |
|   | |
| Defendants. | |

1  Defendant Kohl's Department Stores, Inc. ("Defendant" or "Kohl's") and
2  Plaintiff Carolyn Martin ("Plaintiff") by and through their attorneys of record, enter
3  into this Stipulation and Proposed Order to Continue the Case Management
4  Conference (the "Stipulation and Order") currently set for Friday, April 26, 2013 at
5  1:30 p.m. in Courtroom 11, on the 19th Floor of the above-captioned court, before the
6  Honorable Judge Jeffrey S. White.
7  Plaintiff and Defendant have reached an agreement in principle to resolve all
8  remaining issues in the case including Plaintiff's claims for damages, attorney's fees,
9  litigation expenses, and costs claimed in the lawsuit against Defendant. Accordingly,
10 Defendant and Plaintiff have stipulated to continue the Case Management Conference
11 to provide the parties with sufficient time to document and finalize the settlement
12 agreement.
13 Defendant and Plaintiff request that the Court continue the Case Management
14 Conference in this matter to June 28, 2013 at 1:30 p.m., with joint case management
15 statements to be filed with the Court by June 21, 2013. In the event settlement is
16 reached by the parties and dismissals are filed with the Court on or before June 21,
17 2013, the Case Management Conference will automatically be removed from the
18 Court's calendar.
19 This Stipulation and Order may be signed in counterparts, and facsimile or
20 electronically transmitted signatures shall be as valid and as binding as original
21 signatures.
22 Wherefore, Defendant and Plaintiff, by and through their attorneys of record, so
23 stipulate.

24                                                 K&L GATES LLP
25
26 Dated: April 23, 2013                           By: _____
27                                                     Timothy L. Pierce
                                                       Attorney for Defendant Kohl's
28                                                     Department Stores, Inc.

1

**STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT**

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

Dated: April 23, 2013          By: _____
                                   Sidney J. Cohen
                                   Attorney for Plaintiff
                                   Carolyn Martin

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The Case Management Conference currently scheduled for April 26, 2013 is continued to June 28, 2013 at 1:30 p.m. In the event settlement is reached by the parties and dismissals are filed with the Court on or before June 21, 2013, the Case Management Conference will automatically be removed from the Court's calendar.

Date: April 24, 2013           By: _____
                                   Jeffrey S. White
                                   United States District Judge

04/23/2013 12:34    SIDCOHEN    PAGE 04/04