**K&L GATES** LLP
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Timothy L. Pierce (SBN 141170)
timothy.pierce@klgates.com

Attorney for Defendant Kohl's
Department Stores, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KOHL'S DEPARTMENT STORES, INC;<br>HARSCH INVESTMENT REALTY LLC,<br>SERIES C; JAMESTOWN HARSCH<br>ALAMEDA TOWNE CENTRE, LP, a<br>Delaware Limited Partnership, and DOES<br>1-25, inclusive,<br><br>　　　　　Defendants. | Case No. C10-05195 JSW<br><u>Civil Rights</u><br><br>**STIPULATION AND PROPOSED<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE<br>PENDING SETTLEMENT**<br><br>[Assigned to Honorable Jeffrey S. White] |

STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
PENDING SETTLEMENT

Defendant Kohl's Department Stores, Inc. ("Defendant" or "Kohl's") and Plaintiff Carolyn Martin ("Plaintiff") by and through their attorneys of record, enter into this Stipulation and Proposed Order to Continue the Case Management Conference (the "Stipulation and Order") currently set for Friday, April 26, 2013 at 1:30 p.m. in Courtroom 11, on the 19th Floor of the above-captioned court, before the Honorable Judge Jeffrey S. White.

Plaintiff and Defendant have reached an agreement in principle to resolve all remaining issues in the case including Plaintiff's claims for damages, attorney's fees, litigation expenses, and costs claimed in the lawsuit against Defendant. Accordingly, Defendant and Plaintiff have stipulated to continue the Case Management Conference to provide the parties with sufficient time to document and finalize the settlement agreement.

Defendant and Plaintiff request that the Court continue the Case Management Conference in this matter to June 28, 2013 at 1:30 p.m., with joint case management statements to be filed with the Court by June 21, 2013. In the event settlement is reached by the parties and dismissals are filed with the Court on or before June 21, 2013, the Case Management Conference will automatically be removed from the Court's calendar.

This Stipulation and Order may be signed in counterparts, and facsimile or electronically transmitted signatures shall be as valid and as binding as original signatures.

Wherefore, Defendant and Plaintiff, by and through their attorneys of record, so stipulate.

K&L GATES LLP

Dated: April 23, 2013          By: _____
                                    Timothy L. Pierce
                                    Attorney for Defendant Kohl's
                                    Department Stores, Inc.

1

**STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT**

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

Dated: April 23, 2013          By: _____
                               Sidney J. Cohen
                               Attorney for Plaintiff
                               Carolyn Martin

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The Case Management Conference currently scheduled for April 26, 2013 is continued to June 28, 2013 at 1:30 p.m. In the event settlement is reached by the parties and dismissals are filed with the Court on or before June 21, 2013, the Case Management Conference will automatically be removed from the Court's calendar.

Date: April 24, 2013           By: _____
                               Jeffrey S. White
                               United States District Judge

2
STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
PENDING SETTLEMENT