1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   CAROLYN MARTIN

5
                    UNITED STATES DISTRICT COURT
6
                  NORTHERN DISTRICT OF CALIFORNIA
7

8  CAROLYN MARTIN                          CASE NO. C10-05195 JSW
                                           Civil Rights
        Plaintiff,
9
   V.
10
   KOHL'S DEPARTMENT STORES,               **STIPULATION AND ORDER**
11 INC; HARSCH INVESTMENT                  **FOR DISMISSAL OF THE**
   REALTY LLC, SERIES C;                   **DAMAGES AND ATTORNEY'S**
12 JAMESTOWN HARSCH                        **FEES, LITIGATION EXPENSES,**
   ALAMEDA TOWNE CENTRE,                   **AND COSTS ASPECT, AND ALL**
13 LP, a Delaware Limited Partnership,     **OTHER REMAINING ASPECTS,**
   and DOES 1-25, Inclusive,               **OF THE LAWSUIT AGAINST**
14                                         **DEFENDANT KOHL'S**
        Defendants.                        **DEPARTMENT STORES, INC.**
15 _____/
                                           FRCP section 41
16

17

18

19

20

21

22

23

24

25

26

27

28

Stiplation And Order For Dismissal Of Damages And
Attorney's Fees, Litigation Expenses, And Cost

1   Plaintiff CAROLYN MARTIN and Defendant KOHL'S

2   DEPARTMENT STORES, INC., by and through their attorneys of record, enter

3   into this "STIPULATION AND ORDER FOR DISMISSAL OF THE

4   DAMAGES AND ATTORNEY'S FEES, LITIGATION EXPENSES, AND

5   COSTS ASPECT, AND ALL OTHER REMAINING ASPECTS, OF THE

6   LAWSUIT AGAINST DEFENDANT KOHL'S DEPARTMENT STORES,

7   INC." pursuant to Federal Rule of Civil Procedure section 41.

8        Plaintiff filed this lawsuit on November 16, 2010.

9        Plaintiff and Defendant hereto have entered into a "Mutual Release And

10  Settlement Agreement For Damages And Attorney's Fees, Litigation Expenses,

11  And Costs " which settles the damages and attorney's fees, litigation expenses,

12  and costs aspect, and all other remaining aspects, of the lawsuit against

13  Defendant KOHL'S DEPARTMENT STORES, INC. A copy of the "Mutual

14  Release And Settlement Agreement For Damages And Attorney's Fees,

15  Litigation Expenses, And Costs " is incorporated by reference herein as if set

16  forth in full. The Mutual Release And Settlement Agreement For Damages And

17  Attorney's Fees, Litigation Expenses, And Costs" states in part that "The court

18  shall retain jurisdiction to enforce this Settlement Agreement...". Plaintiff and

19  Defendant hereto stipulate to the court retaining jurisdiction to enforce the

20  "Mutual Release And Settlement Agreement For Damages And Attorney's Fees,

21  Litigation Expenses, And Costs."

22       Plaintiff moves to dismiss with prejudice the damages and attorney's fees,

23  litigation expenses, and costs aspect, and all other remaining aspects, of the

24  lawsuit against Defendant KOHL'S DEPARTMENT STORES, INC.

25       Defendant KOHL'S DEPARTMENT STORES, INC., who has answered

26  the complaint, agrees to the dismissal with prejudice of the damages and

27  attorney's fees, litigation expenses, and costs aspect, and all other remaining

28

Stiplation And Order For Dismissal Of Damages And
Attorney's Fees, Litigation Expenses, And Cost          -1-

1   aspects, of the lawsuit as to it.

2           This case is not a class action, and no receiver has been appointed.

3           This Stipulation and Order may be signed in counterparts, and facsimile or

4   electronically transmitted signatures shall be as valid and as binding as original

5   signatures.

6           Wherefore, Plaintiff CAROLYN MARTIN  and Defendant KOHL'S

7   DEPARTMENT STORES, INC, by and through their attorneys of record, so

8   stipulate.

9   Date: 5/14/13                          SIDNEY J. COHEN
                                           PROFESSIONAL CORPORATION
10
                                           /s Sidney J. Cohen
11                                         _____
12                                         Sidney J. Cohen
                                           Attorney for Plaintiff
                                           Carolyn Martin
13  Date: May14, 2013                      K & L GATES LLP

14                                         /s/ Timothy L. Pierce

15                                         _____
16                                         Timothy L. Pierce
                                           Attorney for Defendant
                                           Kohl's Department Stores, Inc.
17

18  PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

19          The damages and attorney's fees, litigation expenses, and costs  aspect,

20  and all other remaining aspects, of the lawsuit as against Defendant  KOHL'S

21  DEPARTMENT STORES, INC. is dismissed with prejudice. The Court shall

22  retain jurisdiction to enforce the "Mutual Release And Settlement For Damages

23  And Attorney's Fees, Litigation Expenses, And Costs " between Plaintiff and

24  Defendant KOHL'S DEPARTMENT STORES, INC.

25  Date:  May 20, 2013                    _____
26                                         Jeffrey S. White
                                           United States District Judge
27

28