1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   CAROLYN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CAROLYN MARTIN | CASE NO. C10-05195 JSW |
|---|---|
| Plaintiff, | <u>Civil Rights</u> |
| V. | |
| KOHL'S DEPARTMENT STORES, INC; HARSCH INVESTMENT REALTY LLC, SERIES C; JAMESTOWN HARSCH ALAMEDA TOWNE CENTRE, LP, a Delaware Limited Partnership, and DOES 1-25, Inclusive, | **STIPULATION AND ORDER FOR DISMISSAL OF THE DAMAGES AND ATTORNEY'S FEES, LITIGATION EXPENSES, AND COSTS ASPECT, AND ALL OTHER REMAINING ASPECTS, OF THE LAWSUIT AGAINST DEFENDANT KOHL'S DEPARTMENT STORES, INC.** |
| Defendants. | |
| / | FRCP section 41 |

Stiplation And Order For Dismissal Of Damages And
Attorney's Fees, Litigation Expenses, And Cost

1  Plaintiff CAROLYN MARTIN and Defendant KOHL'S
2 DEPARTMENT STORES, INC., by and through their attorneys of record, enter
3 into this "STIPULATION AND ORDER FOR DISMISSAL OF THE
4 DAMAGES AND ATTORNEY'S FEES, LITIGATION EXPENSES, AND
5 COSTS ASPECT, AND ALL OTHER REMAINING ASPECTS, OF THE
6 LAWSUIT AGAINST DEFENDANT KOHL'S DEPARTMENT STORES,
7 INC." pursuant to Federal Rule of Civil Procedure section 41.
8  Plaintiff filed this lawsuit on November 16, 2010.
9  Plaintiff and Defendant hereto have entered into a "Mutual Release And
10 Settlement Agreement For Damages And Attorney's Fees, Litigation Expenses,
11 And Costs " which settles the damages and attorney's fees, litigation expenses,
12 and costs aspect, and all other remaining aspects, of the lawsuit against
13 Defendant KOHL'S DEPARTMENT STORES, INC.  A copy of the "Mutual
14 Release And Settlement Agreement For Damages And Attorney's Fees,
15 Litigation Expenses, And Costs " is incorporated by reference herein as if set
16 forth in full. The Mutual Release And Settlement Agreement For Damages And
17 Attorney's Fees, Litigation Expenses, And Costs" states in part that "The court
18 shall retain jurisdiction to enforce this Settlement Agreement...". Plaintiff and
19 Defendant hereto stipulate to the court retaining jurisdiction to enforce the
20 "Mutual Release And Settlement Agreement For Damages And Attorney's Fees,
21 Litigation Expenses, And Costs."
22  Plaintiff moves to dismiss with prejudice the damages and attorney's fees,
23 litigation expenses, and costs aspect, and all other remaining aspects, of the
24 lawsuit against Defendant KOHL'S DEPARTMENT STORES, INC.
25  Defendant KOHL'S DEPARTMENT STORES, INC., who has answered
26 the complaint, agrees to the dismissal with prejudice of the damages and
27 attorney's fees, litigation expenses, and costs aspect, and all other remaining
28

aspects, of the lawsuit as to it.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and facsimile or electronically transmitted signatures shall be as valid and as binding as original signatures.

Wherefore, Plaintiff CAROLYN MARTIN and Defendant KOHL'S DEPARTMENT STORES, INC, by and through their attorneys of record, so stipulate.

Date: 5/14/13                   SIDNEY J. COHEN
                                PROFESSIONAL CORPORATION

                                /s Sidney J. Cohen
                                _____
                                Sidney J. Cohen
                                Attorney for Plaintiff
                                Carolyn Martin

Date: May14, 2013               K & L GATES LLP

                                /s/ Timothy L. Pierce
                                _____
                                Timothy L. Pierce
                                Attorney for Defendant
                                Kohl's Department Stores, Inc.

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The damages and attorney's fees, litigation expenses, and costs aspect, and all other remaining aspects, of the lawsuit as against Defendant KOHL'S DEPARTMENT STORES, INC. is dismissed with prejudice. The Court shall retain jurisdiction to enforce the "Mutual Release And Settlement For Damages And Attorney's Fees, Litigation Expenses, And Costs " between Plaintiff and Defendant KOHL'S DEPARTMENT STORES, INC.

Date:  May 20, 2013
                                _____
                                Jeffrey S. White
                                United States District Judge